**Cecile AKEY, Appellant,**

v.

**Dr. Jerome M. CREAN, Appellee.**

**No. 2309.**

Municipal Court of Appeals for the District of Columbia.

Argued Dec. 15, 1958.

Decided Jan. 9, 1959.

---

---

Maurine Howard Abernathy, Washington, D. C., for appellant.

Joseph O. Francke, Washington, D. C., for appellee.

Before ROVER, Chief Judge, and HOOD and QUINN, Associate Judges.

PER CURIAM.

Defendant appeals from a judgment entered by the trial court for monies due and owing plaintiff for services rendered. The record amply supports the judgment. We find no error

Affirmed.